by the learned counsel for the relator, for the reason that, irrespective of them, I am unable to concur in the view that there was sufficient evidence to warrant the conviction of the relator of a criminal contempt of court.

PEOPLE ex rel. LALLY et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant (two cases). (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Proceedings by the people of the state of New York, on the relation of Lavinia Lally and others, against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed on argument, with $10 costs and disbursements.

PEOPLE ex rel. LYON v. BINGHAM, Police Com'r. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Proceedings by the people of the state of New York, on the relation of George W. Lyon, against Theodore A. Bingham, as police commissioner. J. G. McTigue, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. NEALIS, Respondent, v. O'DONNEL et al., Appellants. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Proceedings by the people of the state of New York, on the relation of Thomas J. Nealis, against Frank A. O'Donnel and others. W. B. Crowell, for appellants. A. R. Lawrence, for respondent.

PER CURIAM. Order reversed, with $10 costs and disbursements, and motion granted, on the authority of People ex rel. Collins v. Ahearn, 120 App. Div. 95, 104 N. Y. Supp. 860. Order filed.

PEOPLE ex rel. O'BRIEN, Appellant, v. BUTLER, Com'r, Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Proceedings by the people of the state of New York, on the relation of William F. O'Brien, against Edmond J. Butler, as commissioner, etc. A. H. Scoble, for appellant. W. B. Crowell, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See 105 N. Y. Supp. 631.

PEOPLE ex rel. O'NEILL, Appellant, v. POLK et al., Respondents. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Proceedings by the people of the state of New York, on the relation of Hugh J. O'Neill, against Frank L. Polk and others. A. J. Talley, for appellant. W. B. Crowell, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PEOPLE ex rel. POILLON, Appellant, v. FLYNN, Warden, et al., Respondents. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Proceedings by the people of the state of New York on the relation of Catherine Poillon, against William Flynn, warden, etc., and others. M. Greenberg, for appellant. R. C. Taylor, for respondents. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. POILLON, Appellant, v. FLYNN, Warden, et al., Respondents. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Proceedings by the people of the state of New York, on the relation of Charlotte Poillon, against William Flynn, warden, etc., and others. M. Greenberg, for appellant. R. C. Taylor, for respondents. No opinion. Order affirmed. Order filed.

PEOPLE ex rel. RAUCH, Appellant, v. BINGHAM, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Proceedings by the people of the state of New York, on the relation of Frederick Rauch, against Theodore A. Bingham, as police commissioner, etc. No opinion. Order affirmed, without costs.

PEOPLE ex rel. SHANLEY v. BINGHAM. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Proceedings by the people of the state of New York, on the relation of Patrick Shanley, against Theodore A. Bingham, as police commissioner. J. J. Bennett, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed. with $50 costs and disbursements. Order filed.

PEOPLE ex rel. VANDEVOORT REALTY CO v. GLYNN, State Comptroller. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Proceedings by the people of the state of New York, on the relation of the Vandevoort Realty Company, against Martin H. Glynn, Comptroller of the State of New York. No opinion. Determination of Comptroller unanimously confirmed with $50 costs and disbursements, to be paid by relator.

PEOPLE ex rel. VAN HOUTEN, Appellant, v. VAN HOUTEN, Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Proceedings by the people of the state of New York, on the relation of Sarah E. Van Houten, against William R. Van Houten. No opinion. Order affirmed, without costs.

PEOPLE ex rel. WASSERMAN v. BINGHAM. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Proceedings by the people of the state of New York, on the relation of Joseph A. Wasserman, against Theodore A. Bingham, as police commissioner. A. Levy, for relator. T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PECK, Respondent, v. NEWBURGH LIGHT, HEAT & POWER CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Abel Peck against the Newburgh Light, Heat & Power Company. No opinion. Order affirmed on argument, with $10 costs and disbursements.